CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 4, 2025**

**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANIMO SERVICES, LLC, | § | CASE NO. 23-30035-mvl7 |
| | § | |
| DEBTOR. | § | |

**ORDER GRANTING TRUSTEE'S AMENDED APPLICATION TO EMPLOY IACUONE McALLISTER POTTER PLLC AS SPECIAL COUNSEL**

CAME ON FOR CONSIDERATION the *Trustee's Amended Application to Employ Iacuone McAllister Potter PLLC as Special Counsel* (the "Employment App"), filed by Areya Holder Aurzada (the "Trustee"), the duly-appointed chapter 7 trustee for the estate (the "Estate") of Animo Services, LLC (the "Debtor"), the debtor in the above-styled and numbered chapter 7 bankruptcy case (the "Bankruptcy Case"), by which the Trustee seeks to retain, as of February 5, 2025, the law firm of Iacuone McAllister Potter PLLC (the "Special Counsel") as special counsel to the Trustee pursuant to the approved Agreement[1] between the Trustee and Agent.

[1] Terms not defined herein have the meaning ascribed to them in the Employment App.

Finding that service and notice of the Employment App was sufficient and appropriate, that Special Counsel does not represent or hold any interest adverse to the Debtor or to the estate with respect to the matters on which Special Counsel is to be employed, and finding that the terms of compensation and reimbursement in the Employment App and Agreement are reasonable and appropriate, it is hereby:

ORDERED that the Employment App is APPROVED; it is further

ORDERED that the Trustee is authorized to retain Special Counsel effective as of February 5, 2025, pursuant to section 327(e) of the Bankruptcy Code; it is further

ORDERED that the Debtor, Trustee, Agent, and Special Counsel are authorized to take all actions necessary or appropriate to carry out the relief granted in this Order; and it is further

ORDERED that the Court shall retain jurisdiction to the maximum extent possible regarding the interpretation and enforcement of this Order and the Agreement.

# # # END OF ORDER # # #

Submitted by:
Kenneth A. Hill
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
ATTORNEYS FOR THE TRUSTEE